August 26, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

ELGIN WELLS AND DAVID C. EMMERS, INDIVIDUALLY AND AS
REPRESENTATIVES OF THE CHARLES A. GEORGE DENAL SOCIETY,
Appellants

NO. 14-13-00982-CV                          V.

ZEB F. POINDEXTER, III, Appellee

_____

This cause, an appeal from the order signed, October 1, 2013, was heard on the transcript of the record. We have inspected the record and order that the trial court's order be affirmed in part and vacated in part. To the extent appellants filed their application for appointment of a receiver as representatives of the unincorporated Charles A. George Dental Society, we order the trial court's order vacated. To the extent appellants appeal in this representative capacity, we order their appeal dismissed. To the extent the trial court denied appellants' application for appointment of a receiver in their individual capacities, we order the trial court's order affirmed. We order appellants, Elgin Wells and David C. Emmers, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.